UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LOPEZ,

                Plaintiff,

    - against -

SPECTRUM BRANDS HOLDINGS, INC.,

                Defendant.

---

25-cv-6247 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **October 30, 2025.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          July 30, 2025

                         John G. Koeltl
                  United States District Judge